Lisa A. McClane
Nevada State Bar No. 10139
Daniel Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*WESTERN STATES CONTRACTIC, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAY COLLINS,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTERN STATES CONTRACTING, INC, a Nevada corporation; AND DOES 1-50, inclusive,<br><br>        Defendant. | Case No.: 2:20-cv-00302-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff JAY COLLINS ("Plaintiff"), through his counsel, Watkins & Letofsky, LLP, Defendant, WESTERN STATES CONTRACTING, ("Defendant" or "Western"), by and through its counsel, Jackson Lewis P.C., that Defendants shall have a 30-day extension up to and including April 28, 2020, in which to file their respective responses to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff filed his Complaint on February 12, 2020. ECF No. 1. Defendants were served with the Complaint on March 9, 2020.

2. Defendants' responses to the Complaint are currently due on March 30, 2020.

3. Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to respond to the pleading, counsel for Defendants require

additional time. Counsel for Defendants request a thirty (30) day extension, up to and including April 28, 2020, to file their respective responses to Plaintiff's Complaint.

4. This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 30th day of March, 2020.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Theresa M. Santos*<br>Daniel R. Watkins<br>DW@wl-llp.com<br>Theresa M. Santos<br>tsantos@wl-llp.com<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, NV 89123<br>Office:(702) 901-7553<br>Fax: (702) 974-1297<br><br>Attorney for Plaintiff<br>JAY COLLINS | */s/ Lisa A. McClane*<br>Lisa A. McClane, Bar No. 10139<br>Daniel Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>WESTERN STATES CONTRACTING, INC. |

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: March 31, 2020

4816-6580-4984, v. 1