1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11   JAY COLLINS,

Case No.:  :20-cv-00302-JAD-NJK

12            Plaintiff,

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

13      vs.

14   WESTERN STATES CONTRACTING, INC, a
Nevada corporation; AND DOES 1-50,

**(SECOND REQUEST)**

15   inclusive,

16            Defendant.

17

18       IT IS HEREBY STIPULATED by and between Plaintiff JAY COLLINS ("Plaintiff"),

19   through his counsel, Watkins & Letofsky, LLP, Defendant, WESTERN STATES

20   CONTRACTING, ("Defendant" or "Western"), by and through its counsel, Jackson Lewis P.C.,

21   that Defendants shall have a 30-day extension up to and including April 28, 2020, in which to file

22   their respective responses to Plaintiff's Complaint.  This Stipulation is submitted and based upon

23   the following:

24       1.    Plaintiff filed his Complaint on February 12, 2020.  ECF No. 1.  Defendants were

25   served with the Complaint on March 9, 2020.

26       2.    Defendants' responses to the Complaint are currently due on April 28, 2020.

27       3.    Due to the press of other matters, including adjustments made necessary by the

28   COVID-19 pandemic, and in order to respond to the pleading, counsel for Defendants require

1

1   additional time.  Counsel for Defendants request an extension, up to and including May 5, 2020,

2   to file their respective responses to Plaintiff's Complaint.

3          4.     This is the second request for an extension of time for Defendants to file a

4   response to Plaintiff's Complaint.

5          5.     This request is made in good faith and not for the purpose of delay.

6          6.     Nothing in this Stipulation, nor the fact of entering to the same, shall be construed

7   as waiving any claim and/or defense held by any party.

8          Dated this 28th day of April, 2020.

9

10  WATKINS & LETOFSKY, LLP              JACKSON LEWIS P.C.

11    _/s/ Theresa M. Santos_____        __/s/ Lisa A. McClane_____
    Daniel R. Watkins                   Lisa A. McClane, Bar No. 10139
12  DW@wl-llp.com                       Daniel Aquino, Bar No. 12682
    Theresa M. Santos                   300 S. Fourth Street, Suite 900
13  tsantos@wl-llp.com                  Las Vegas, Nevada 89101
    8215 S. Eastern Ave., Ste. 265
14  Las Vegas, NV 89123                 Attorneys for Defendant
    Office:(702) 901-7553               WESTERN STATES CONTRACTING, INC.
15  Fax: (702) 974-1297

16  Attorney for Plaintiff
    JAY COLLINS
17

18                                      **ORDER**

19                                      **IT IS SO ORDERED.**

20

21                                      _____

22                                           United States Magistrate Judge

23                                      Dated: __April 29, 2020_____

24

25

26  4816-6580-4984, v. 1

27

28

                                      2