Lisa A. McClane
Nevada State Bar No. 10139
Daniel Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*WESTERN STATES CONTRACTIC, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY COLLINS,<br><br>            Plaintiff,<br><br>    vs.<br><br>WESTERN STATES CONTRACTING, INC, a Nevada corporation; AND DOES 1-50, inclusive,<br><br>            Defendant. | Case No.: 2:20-cv-00302-JAD-NJK<br><br>**STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION BRIEFING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff JAY COLLINS ("Plaintiff"), through his counsel, Watkins & Letofsky, LLP, Defendant, WESTERN STATES CONTRACTING, ("Defendant" or "Western"), by and through its counsel, Jackson Lewis P.C., hereby stipulate and agree as follows:

1. On May 06, 2020, the Court entered an Order scheduling this matter for an Early Neutral Evaluation (hereinafter referred to as "ENE") hearing on June 16, 2020 at 9:30 a.m. before the Honorable Brenda Weksler, United States Magistrate Judge. ECF No. 12.

2. The Court further ordered that written evaluation statements shall be received by the Court no later than June 8, 2020.

3. The parties agree and respectfully request that, due to an unanticipated health emergency relating to a member of Defendant's counsel's family, and office closures relating to

Covid-19 pandemic, the Court grant an extension of the deadline of its Early Neutral Evaluation briefing and Early Neutral Evaluation session for sixty (60) days.

4. This stipulation and order are sought in good faith and not for the purpose of delay.

5. This is the first request for an extension of the deadline of the Court's ENE briefing and written evaluation statements.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 8th day of June, 2020.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Theresa M. Santos<br>Daniel R. Watkins<br>DW@wl-llp.com<br>Theresa M. Santos<br>tsantos@wl-llp.com<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, NV 89123<br>Office:(702) 901-7553<br>Fax: (702) 974-1297<br><br>Attorney for Plaintiff<br>JAY COLLINS | /s/ Lisa A. McClane<br>Lisa A. McClane, Bar No. 10139<br>Daniel Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>WESTERN STATES CONTRACTING, INC. |

IT IS ORDERED that ECF No. 15 is GRANTED.

IT IS FURTHER ORDERED that the ENE in this case is rescheduled to August 21, 2020. The pre-ENE call is rescheduled to August 20, 2020 at 3:00 p.m. The parties ENE statements are due on August 13, 2020 by 5:00 p.m.

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Court / Magistrate Judge

Dated: 6/9/2020

4815-5910-0605, v. 1