FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  lmcclane@fisherphillips.com

*Attorneys for Defendant*
WESTERN STATES CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAY COLLINS, | Case No.: 2:20-cv-00302-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | |
| WESTERN STATES CONTRACTING, INC, a Nevada corporation; AND DOES 1-50, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JAY COLLINS ("Plaintiff"), through his counsel, Watkins & Letofsky, LLP, and Defendant WESTERN STATES CONTRACTING, ("Defendant" or "Western"), by and through its counsel, Fisher & Phillips LLP, as follows:

1.  On July 6, 2021, the Court entered the instant Scheduling Order granting the Discovery Plan submitted by the parties.  ECF No. 37.

2.  The current deadline to file dispositive motions (September 30, 2021), shall be extended thirty-two (32) days, to November 1, 2021. The extension is necessary because the court reporter has not yet finalized the transcript for Defendant's 30(b)(6)

/ / /

- 1 -

FP 41588977.1

Witness, and Defendant's counsel has been covering cases for two colleagues who were on leaves of absence for several weeks and accordingly has multiple competing deadlines.

3. This stipulation and order is sought in good faith and not for the purposes of delay.

Dated this 9th day of September 2021.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Theresa M. Santos* <br> Daniel R. Watkins <br> DW@wl-llp.com <br> Theresa M. Santos <br> tsantos@wl-llp.com <br> 8215 S. Eastern Ave., Ste. 265 <br> Las Vegas, NV 89123 <br> Office:(702) 901-7553 <br> Fax: (702) 974-1297 <br> Attorney for Plaintiff <br> JAY COLLINS | */s/ Lisa A. McClane* <br> Lisa A. McClane, Bar No. 10139 <br> Daniel Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> <br> Attorneys for Defendant <br> WESTERN STATES CONTRACTING, INC. |

**ORDER**

**IT IS SO ORDERED:**

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: September 10, 2021

- 2 -

FP 41588977.1