FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  LMcClane@fisherphillips.com

*Attorneys for Defendant*
WESTERN STATES CONTRACTING, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY COLLINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTERN STATES CONTRACTING,<br>INC, a Nevada corporation; AND DOES<br>1-50, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-00302-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED and agreed between Plaintiff JAY COLLINS ("Plaintiff"), through his counsel, Watkins & Letofsky, LLP, and Defendant WESTERN STATES CONTRACTING, ("Defendant" or "Western"), through its counsel, Fisher & Phillips LLP, as follows:

1.      On June 9, 2020, the Court entered Scheduling Order granting Discovery Plan submitted by the parties.  ECF No. 16.

2.      The current deadline to file dispositive motions (November 1, 2021), be extended thirty (30) days to December 1, 2021. The extension is necessary because Defendant's counsel has been handling an  unexpected emergency involving a pro bono

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

1   client in foster care who requires special placement and medical treatment necessitating

2   court action and also because counsel has recently acquired multiple other cases

3   resulting from the resignation of a colleague.

4          3.      This stipulation and order is sought in good faith and not for the purpose

5   of delay.

6          Dated this 28th day of October, 2021.

7   WATKINS & LETOFSKY, LLP              FISHHER PHILLIPS LLP

8

9          _/s/ Daniel Watkins_                      _/s/ Lisa A. McClane_

10  Daniel R. Watkins                       Lisa A. McClane
    Theresa M. Santos                       300 S. Fourth Street, Suite 1500
11  8215 S. Eastern Ave., Suite 265         Las Vegas, Nevada 89101
    Las Vegas, NV 89123
12                                          Attorneys for Defendant
13  Attorney for Plaintiff                  WESTERN STATES CONTRACTING,
    JAY COLLINS                             INC.

14

15                              **ORDER**

16
    **IT IS SO ORDERED.**
17

18          _____

19          United States ~~District Court /~~ Magistrate Judge

20          Dated: October 28, 2021 _____

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 42135132.1