Daniel R. Watkins
Nevada State Bar No. 11881
dw@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Jay Collins

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAY COLLINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>WESTERN STATES CONSTRUCTION., a foreign corporation; AND DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-00302-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S TITLE VII CLAIMS ONLY**<br><br>ECF No. 43 |

Plaintiff, Jay Collins, ("Plaintiff) by and through the undersigned counsel, and Defendant Western States Contracting, Inc., ("Defendant") by and through its respective counsel, hereby stipulate to the dismissal, with prejudice, of Plaintiff's Title VII claims ONLY. Each party to bear his/her/its own attorney's fees and costs.

///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED this 21st day of December 2021.

WATKINS & LETOFSKY, LLP.

By: _/s/ Theresa M. Santos_____
  Theresa M. Santos, Esq.
  8935 S. Pecos, Ste. 22A
  Henderson, NV 89074
  Attorneys for Plaintiff

DATED this 21st day of December 2021.

FISHER & PHILLIPS

By: _/s/ Lisa A. McClane_____
  Lisa A. McClane, Esq.
  300 S. Fourth St., Ste. 1500
  Las Vegas, NV 89101
  Attorneys for Defendant

### ORDER

Based on the parties' stipulation [ECF No. 43] and good cause appearing, IT IS HEREBY ORDERED that the plaintiff's Title VII claims are dismissed with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021