FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: LMcClane@fisherphillips.com

*Attorneys for Defendant*
WESTERN STATES CONTRACTING, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAY COLLINS, | Case No.: 2:20-cv-00302-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WESTERN STATES CONTRACTING, INC, a Nevada corporation; AND DOES 1-50, inclusive, | ECF No. 48 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed between Plaintiff Jay Collins ("Plaintiff"), through his counsel, Watkins & Letofsky, LLP, and Defendant Western

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

FP 43628297.1

States Contracting, ("Defendant" or "Western"), through its counsel, Fisher & Phillips LLP, that this matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 31st day of March, 2022.

| WATKINS & LETOFSKY, LLP | FISHER PHILLIPS LLP |
|---|---|
| /s/ Theresa Santos | /s/ Lisa A. McClane |
| Daniel R. Watkins<br>Theresa M. Santos<br>8215 S. Eastern Ave., Ste. 265<br>Las Vegas, NV 89123<br>Office:(702) 901-7553<br>Fax: (702) 974-1297<br>Attorney for Plaintiff<br>JAY COLLINS | Lisa A. McClane, Bar No. 10139<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>WESTERN STATES CONTRACTING, INC. |

### ORDER

Based on the parties' stipulation **[ECF No. 48]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 31, 2022